UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

ADAM CUNNINGHAM, ALEX CHEFALO, & REMO PAGLIA,

   on behalf of themselves and all other employees similarly situated,

                                     Plaintiffs,

       v.

SUDS PIZZA, INC., MARK'S PIZZERIA, INC., MARK S. CRANE, AMERICO'S FOODS, INC., AUBURN PIZZA, INC., AVON PIZZA, INC., MARK'S PIZZERIA OF BATAVIA, INC., CAMILLUS PIZZA, INC., MARK'S OF CANANDAIGUA, INC.,  CANASTOTA PIZZA, INC., CICERO PIZZA, INC., CLAY PIZZA, INC., CORTLAND PIZZA, INC., EASTVIEW MALL PIZZA, INC., ELBRIDGE PIZZA, INC., FAIRPORT PIZZA, INC. MARK'S PIZZERIA OF GATES, INC., GREECE PIZZA, INC., GREECE RIDGE MALL PIZZA, INC., GROTON PIZZA, INC., HAMLIN PIZZA, INC., HONEOYE PIZZA, INC., LOCKPORT PIZZA, INC. MANCHESTER PIZZA, INC., MANLIUS PIZZA, INC., MARION PIZZA, INC., MEDINA PIZZA, INC., MENDON PIZZA, INC., MONROE AVENUE PIZZA, INC., NEWARK PIZZA, INC., NEWFANE PIZZA, INC., NORTON ST. PIZZA, INC., MARK'S PIZZERIA OF NORTH CHILI, INC., OSWEGO PIZZA, INC., PALMYRA PIZZA, INC., PENFIELD PIZZA, INC., PENN YAN PIZZA, INC., SCOTTSVILLE PIZZA, INC., SENECA LAKE PIZZA, INC., SKANEATELES PIZZA, INC., PMI ENTERPRISES, INC., VICTOR PIZZA, INC., WALWORTH PIZZA, INC., WEBSTER VILLAGE PIZZA, INC., WEST WEBSTER PIZZA, INC., WILLIAMSON PIZZA, INC., WINTON ROAD PIZZA, INC., AND WOLCOTT PIZZA, INC.

                                     Defendants.

**SUPPLEMENTAL ATTORNEY DECLARATION**

**Civil Action No. 15-cv-6462**

1

ROBERT L. MULLIN, being duly sworn, affirms and states that the following is true and correct:

1.    I am an attorney licensed to practice in the State of New York, and a partner in the law firm of Ferr & Mullin, P.C. I am counsel for Plaintiffs in the above-captioned matter. I make this declaration in support of Plaintiffs' Unopposed Motions for Final Settlement Approval and for Attorneys' Fees And Costs.

2.    I have reviewed the declaration (Dkt. No. 52-2) and supporting data provided to me by Derek Smith, the representative from the Administrator, KCC Class Action Services, LLC. The data yields the following statistics, based on the following assumptions: 1) gross fund of $1.7 million; 2) attorney fees of $566,666.66; 3) attorney costs of $5,000; 4) service awards of $28,000; and 5) administration costs of $49,000. This results in an available amount of approximately $1,051,333.

| | |
|---|---|
| Notices mailed | 8,523 |
| Noticed Returned Undelivered | 1,883 |
| Returned Notices Re-Mailed | 1,477 |
| Total Ultimately Undeliverable | 406 |
| Timely Opt-Outs Received | 120 |
| Late Opt-Outs Received | 4 |
| Objections Received | 0 |
| Timely Claims Received | 1,819 |
| Late Claims Received | 0 |
| **Total Amount Claimed** | **$338,998** |
| Average Claim Amount | $186 |
| Number Paid Exceeding $1,000 | 26 |
| Number Paid Exceeding $500 | 173 |
| Number Paid Exceeding $100 | 903 |

3.      The above results show that slightly more than 21%. Of class members submitted claims

As explained in earlier submissions, any reduction in the above assumptions will therefore result

in 21% of that reduction being distributed to the class, and the remaining 79% reverting to

Defendants. By way of example, a $100,000 reduction in attorney fees to $466,666 results in an

additional $21,000 for the class, for a revised total of $359,998. The remaining $79,000 would

revert to Defendants.

4.      Using the same example, if the Court elects to apply the alternative method set forth in

Plaintiffs' previous papers, Dkt. No. 50, the result would still be an additional $21,000 for the

class, but the $79,000 would be paid to class counsel rather than revert to Defendants.


Rochester, NY
June 21, 2017


/s/
Robert L. Mullin


                                        Robert L. Mullin
                                        Ferr & Mullin, P.C.
                                        Attorneys for Plaintiffs
                                        7635 Main St. Fishers
                                        P.O. Box 440
                                        Fishers, NY 14453
                                        telephone (585) 869-0210
                                        facsimile (585) 869-0223
                                        rlmullin@FerrMullinLaw.com

3